IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SGP USA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. _____ |
| v. | ) |
| | ) Removed from Del. Ch. |
| AM SAILING PURCHASER LLC and | ) No. 2026- 0218-KSJM |
| DOUG DEVOS, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
NOTICE OF REMOVAL AND EXHIBITS UNDER SEAL**

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule of Civil Practice and Procedure for the United States District Court of Delaware 5.1.3, Defendants AM Sailing Purchaser LLC and Doug DeVos ("Defendants") move for an order in the form attached hereto permitting the filing under seal of Defendants' Notice of Removal and Exhibits A-B ("Notice of Removal"). In support of this motion, Defendants state as follows:

1. "It is well-settled that there exists, in both criminal and civil cases, a common law public right of access to judicial proceedings and records." *In re Cendant Corp.*, 260 F.3d 183, 192 (3d Cir. 2001). A court has the supervisory power and authority to seal, however, "when justice so requires," provided the party requesting sealing demonstrates that "the interest in secrecy outweighs the presumption of access." *Leap Sys., Inc. v. MoneyTrax, Inc.*, 638 F.3d 216, 221-22 (3d Cir. 2011). The party moving to seal must show that "the material is the kind of information that courts will protect and that disclosure will work a clearly defined and serious injury to the party seeking closure." *In re Avandia Marketing*, 924 F.3d 662, 672 (3d Cir. 2019) (citations omitted).

1

2.	Plaintiff and SailGP, the sailing league in which both SGP USA LLC and AM Sailing Purchaser LLC own a team, have entered into agreements governing their relationship, including, but not limited to, a Renewal Agreement (sometimes referred to as the "Participation Agreement").  When Plaintiff filed its Complaint, opening brief in support of a motion for a temporary restraining order, and supporting declaration in the Delaware Court of Chancery, Plaintiff filed these documents under seal and filed public versions of these documents redacting descriptions of and quotations from the Renewal Agreement.  The Renewal Agreement includes a "*STRICTLY PRIVATE & CONFIDENTIAL*" stamp at the top of each page and a confidentiality provision that defines "Confidential Information" to include the provisions of the Renewal Agreement.  Complaint, Ex. 1 at 32, Section 33.1.

3.	By filing the Renewal Agreement and descriptions of and quotations from the Renewal Agreement under seal in the Delaware Court of Chancery, Plaintiff represented that the documents contain Plaintiff's confidential and proprietary information.  *See* Delaware Court of Chancery Rule 5.1(d)(1) ("A person may make a Confidential Filing if the person believes that the paper contains Confidential Information.").

4.	Defendants understand that Plaintiff will argue that the Notice of Removal, which includes quotations from the Renewal Agreement and copies of Plaintiff's sealed pleadings from the Court of Chancery case, contains commercially sensitive information, trade secrets, and other proprietary information of Plaintiff that is protected from disclosure by the Renewal Agreement.

5.	Defendants understand that Plaintiff will argue that the Notice of Removal and Exhibits A-B contain confidential, proprietary, and commercially sensitive information relating to Plaintiff's business that, if made public, would cause serious injury and competitive harm to

Plaintiff.  As such, good cause exists to permit Defendants to file the Notice of Removal and Exhibits A-B under seal.

6. In accordance with Local Rule 5.1.3 and the District of Delaware Administrative Procedures Governing Filing and Service by Electronic Means Section (G)(1), Defendants shall submit a redacted version of the Notice of Removal and Exhibits A-B within seven (7) days of their filing.

7. A copy of this Motion is being served on Plaintiff with the filing of the Notice of Removal.

WHEREFORE, Defendants respectfully request an order in the form attached hereto, permitting the filing of Defendants' Notice of Removal and Exhibits A-B under seal.

Dated:  February 19, 2026

BARNES & THORNBURG LLP

*/s/  Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Telephone: (302) 300-3474
chad.stover@btlaw.com

*Attorneys for Defendants*