# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SGP USA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. _____ |
| v. | ) |
| | ) |
| AM SAILING PURCHASER LLC and | ) |
| DOUG DEVOS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER PERMITTING FILING OF DEFENDANTS'
NOTICE OF REMOVAL AND EXHIBITS A-B UNDER SEAL**

The Court, having considered Defendants' Motion for Leave to File Defendants' Notice of Removal and Exhibits A-B Under Seal, and for good cause shown, it is **HEREBY ORDERED** that:

1. Defendants' Motion is **GRANTED**;

2. Defendants' Notice of Removal and Exhibits A-B may be filed under seal; and

3. Defendants' shall file public versions within seven (7) days from the date they were filed.

**IT IS SO ORDERED** this _____ day of February 2026.

_____
United States District Court Judge