# Exhibit B



849 Quince Orchard Blvd, Suite F
Gaithersburg, Maryland 20878
v: 301 365 9040
f: 301 365 9101

4413 Spicewood Springs Road, Suite 205
Austin, Texas 78759

September 26, 2025

Steve Stubitz, CEO
Dimension Ortho
Philadelphia, PA 19103
sstubitz@riversidecompany.com
dimensionorthotics005@gmail.com

**RE: Notice to Cease and Desist infringement of U.S. Patent No. 12,396,877**

Dear Mr. Stubitz,

This letter is to provide notice that certain activities by Dimension Ortho are infringing on intellectual property rights owned by our client Diana Hall of ActivArmor Inc., namely your manufacture and sale of certain 3D printed "two sided" casts.

ActivArmor Inc. prefers to resolve this matter amicably and without litigation. We are open to discussing a licensing agreement or other business resolution.

Ms. Hall is the inventor and owner of U.S. Patent No. 12,396,877 which was issued by the U.S. Patent and Trademark Office on August 26, 2025. This patent claims a "Customizable Fitted Apparatus" such as a cast device for medical immobilization of a human body part that is custom manufactured to fit a specific user.

Our client demands that Dimension Ortho cease and desist from engaging in any and all activities that infringe the claims of this patent.

This letter constitutes an affirmative communication that is actual notice of a specific charge of infringement by a specific accused product or device.

Namely, we are aware at this time that Dimension Ortho is engaged in the manufacture and sale of 3D printed casts that infringe the claims of U.S. Patent No. 12,396,877 as evidenced by Dimension Ortho's website and social media pages.

*The Plumsea Law Group*
*September 19, 2025*

Specifically, excerpts and images taken from Dimension Ortho's website and Facebook page are here reproduced that are infringing of at least independent claim 1 of U.S. Patent No. 12,396,877. These exhibits are examples only, and do not constitute the entirety of activities by Dimension Ortho that may be considered as infringing.

Exhibit 1



Image above taken from Dimension Ortho's website https://dimensionortho.com/how-it-works/ on 07/29/2025.

Exhibit 2



*The Plumsea Law Group*
*September 19, 2025*

Image above taken from Dimension Ortho's Facebook page
https://www.facebook.com/photo.php?fbid=244937211653335&set=pb.10008411172532
3.-2207520000&type=3 on 9/16/25.

Exhibit 3



Image above taken from Dimension Ortho's website https://dimensionortho.com/how-it-works/ on 09/10/2025.

Reference annotations on the above exhibits are made to specific features for future reference.

Additionally, the identified products manufactured and sold by Dimension Ortho may also further infringe one or more of the other independent claims of U.S. Patent No. 12,396,877, as well as one or more of the various dependent claims of U.S. Patent No. 12,396,877.

Finally, other products manufactured and sold by Dimension Ortho not identified herein may also infringe one or more of the independent claims of U.S. Patent No. 12,396,877, as well as one or more of the various dependent claims.

*The Plumsea Law Group*
*September 19, 2025*

<u>Conclusion</u>

We demand that Dimension Ortho immediately cease the manufacture, sale, and offer sale, of all articles that infringe Ms. Hall's intellectual property.

We request written confirmation of receipt of this letter within 14 days of the date of this letter.

We also request written confirmation that Dimension Ortho has ceased the manufacture and sale of all articles that infringe Ms. Hall's intellectual property, or confirmation that Dimension Ortho is willing to engage in good faith business negotiations regarding licensing, within 30 days of the date of this letter.

Failure to fully comply with these demands within the specified timeframes will leave ActivArmor Inc. with no choice but to pursue all available legal remedies.

**As stated above, ActivArmor Inc. prefers to resolve this matter amicably and without litigation. We are open to discussing a licensing agreement or other resolution, but any such discussions must begin promptly.**

Please direct all correspondence regarding this matter to the undersigned at the address above or via email at sam.dangremond@plumsea.com.  Please do not contact Ms. Hall or any other ActivArmor Inc. employees or representatives directly regarding this issue.

Yours truly,

Samuel T. Dangremond
The Plumsea Law Group LLC