# EXHIBIT C

**From:** ActivArmor <diana.hall@activarmor.com>
**Sent:** Wednesday, February 11, 2026 8:33 AM
**To:** Stubitz, Steve <sstubitz@riversidecompany.com>
**Cc:** Steven J Stubitz <sstubitz@dimensionortho.com>; legal@activarmor.com
**Subject:** Re: AI analysis

Hi, Steve,
I hope this email finds you well. I am writing as a follow-up to our formal cease and desist letter dated 9/27/25, which detailed ActivArmor's concerns regarding Dimension Ortho's infringement on multiple claims of our patent with an earlier priority date. Despite the gravity of the matter, we have yet to receive an indication of compliance, prompting this urgent communication.

As outlined in our initial letter, DO's current operations place the company at significant risk. Any profits generated from products that infringe on ActivArmor's intellectual property are subject to potential seizure through legal action. ActivArmor possesses both the resources and the firm intention to pursue patent infringement litigation swiftly and comprehensively. Following DO's public announcement of the Rothman opportunity—valued at approximately $30M annually for fracture treatment alone—multiple reputable patent law firms have expressed willingness to represent ActivArmor on a contingency basis, ensuring our resources remain intact throughout the process.

This infringement not only jeopardizes DO's financial stability but also endangers Rothman's initial $2M investment. The public commitment made by Rothman and DO to roll out 3D-printed casting in June 2024 has seen no visible progress in the ensuing eight months, heightening risks to public perception and reputational damage for both entities.  If DO continues to operate under infringement, faces resistance to acceptance of DO's product or process from its provider base, or proves unable to scale effectively, the entire venture is at stake.

ActivArmor's licensing proposal is a viable solution.  DO has yet to demonstrate scalability or overcome barriers in billing, customer acceptance, and clinical workflow. There is a clear product-customer mismatch in fracture care that ActivArmor resolves. Market requirements demand a fiberglass cast replacement that is thick, protective, non-compressive, fully circumferential, and lockable—attributes that ActivArmor's product is specifically designed and market-proven to deliver. ActivArmor, with 11 years of global experience, has successfully addressed these challenges, achieving proven market penetration. A partnership could accelerate DO's entry into the parallel, expansive splinting and bracing market, providing a competitive edge.

ActivArmor's proposed licensing agreement offers DO royalty-free freedom-to-operate for non-fracture-care use cases in the publicly announced rollout across Rothman's 32 clinics. Leveraging ActivArmor's proven scalability—evidenced by our successful launch of 10 clinics in just 10 weeks in 2025—this arrangement would enable an immediate launch of all 32 sites in as little as 32 weeks, fulfilling public commitments in 2026 with substantial PR visibility to further secure brand recognition and competitive advantage.

Executing this licensing proposal would also de-risk potential M&A discussions by demonstrating product and company compatibility, as well as synergistic growth potential with Rothman serving as a pilot. ActivArmor remains open to M&A opportunities, with secure, transferable IP (including patents and trade-secret cloud-based software refined over thousands of patient iterations across 11 years), national and international contracts, and a Founder/CEO prepared for a smooth transition or ongoing role. Our current valuation stands at $22M, poised to increase with rising sales, an impending national distribution partnership, and expanding government contracts, including our DHA agreement servicing the Army, Navy, and multiple VAs, expected to evolve into direct contracts in 2026.

Time is of the essence. Continued delay or inaction will compel ActivArmor to initiate litigation without further notice, potentially leading to costly legal proceedings, profit rescission, and irreversible harm to DO's operations and partnerships. We strongly urge you to engage in immediate discussions to explore these resolution options and avoid escalation.

Please respond within 7 business days to schedule a call or provide your position. We are committed to a professional resolution but will protect our intellectual property rights vigorously if necessary.

Best regards,
**Diana Hall**

President | CEO – ActivArmor, Inc.
📧 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Mon, Feb 2, 2026 at 10:40 AM ActivArmor <diana.hall@activarmor.com> wrote:

Hi Steve,

I'm happy to answer your M&A questions at a high level from our market traction to-date and pipeline, but executing on the licensing agreement proposal will prove it all out for potential acquirers in real time, while eliminating the immediate IP risk for DO to fulfill their commitment to Rothman.

To your questions:

1. Our success is well documented publicly by our customers. A few examples are:

   https://www.activarmor.com/testimonials

   NMCSD enhances orthopedic care with 3D-printed waterproof casts > Navy Medicine > News Article

You've looked into all the competitors, and you know what they're doing... dabbling in sports medicine at best.  I can give you more details in due diligence, but again, rolling out at all the Rothman sites would prove it out immediately.

2. Our contracted clinics nationwide are averaging billable profit margins of $150-$500 per device using our current pricing model.  This is well documented with EOBs.  Running the numbers with Rothman's billing team using their specific contracted rates with their different insurers, and even requesting some prior authorizations, will easily confirm this.  (We have a billing consultant on retainer, ready to assist if needed.)

3. As you are aware, new medical device launches require up-front investment and many years of product development, establishing IP, regulatory systems, clinical trials, etc before becoming scalable and profitable.  ActivArmor raised over $2M and spent the first 9 years with careful execution of each of these functions under stringently controlled centralized fabrication, where we focused on proving out the product in the market - using thousands of patient-positioning and limb-shape files with custom device design data to iteratively create, test, and prove out clinical efficacy and develop our automated custom design software.  In 2024 we began our proof-of-process roll-out using a few select pilot sites, and then proved scalability by launching up to 3 clinics per month in 2025.  But again, execution on the licensing proposal into the Rothman offices would give a potential acquirer real-time proof of our profit growth potential and scalability.

Yes, I'm flexible on Feb 11, what time works for you?

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
📷 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business


On Sun, Feb 1, 2026 at 1:45 PM Stubitz, Steve <sstubitz@riversidecompany.com> wrote:

Hi Diana


As I think about the offer we discussed over lunch, I would need to answer 3 fundamental questions to decide if there is a go forward:


1. Is Activ Armor technology and process superior to anything in the marketplace? If so, how would I validate this?
2. The economics you showed me would not work for most physician practices at most state Medicare reimbursement rates
3. What return economics do you and your investors expect and in what time frame? I think you told me you have $800k in annual revenue after 11 years in this business. Those economics are uninteresting to any professional investors who are looking to invest in scale to earn a 5X-10X in 5 years. How can we change this?


I'm out next week at an investor conference in Singapore. Perhaps we can connect the week of Feb 9?


Steve Stubitz
*Operating Partner*
..................................................................................................

The Riverside Company

T:   +1 216 706 3483
M:  +1 847 910 3576

This e-mail, including any attachments, contains confidential information and is intended only for the individual named and is provided for information purposes only. The message should not be construed as a solicitation or offer to buy or sell any securities. If you are not the intended recipient or have received this communication in error, please delete this e-mail and notify the sender.

**From:** ActivArmor <diana.hall@activarmor.com>
**Sent:** Wednesday, January 28, 2026 3:11 PM
**To:** Stubitz, Steve <sstubitz@riversidecompany.com>
**Cc:** Steven J Stubitz <sstubitz@dimensionortho.com>
**Subject:** Re: AI analysis

Hi, Steve, please let me know when you are available for a call this week so we can follow up some actionable points from our discussion and establish next steps:

- DO has made a public commitment to implement it's 3D printing system across Rothman's clinical sites, with no publicly visible progress over the last 7 months. ActivArmor is in a position to help DO in meeting and maximizing their PR commitments (launching 3D printed casting systems in all 32 Rothman office locations) ***before the end of 2026*** through our proposed licensing agreement collaboration.
- DO is facing serious roadblocks to scaling, design/use-case fit, and billing protocols, in which a partnership with ActivArmor could substantially help reduce the learning curve.
- By collaboratively targeting unique clinical segments and subspecialties, DO can improve its product acceptance rates and reduce use-case mismatch risk while providing a more robust, market-proven product portfolio to Rothman and potentially opening to broader market opportunities.
- Through the proposed agreement, DO eliminates its escalating financial, operational and reputational exposure by operating under infringement of multiple ActivArmor patent claims.

Looking forward to hearing from you soon.

Sincerely,

**Diana Hall**

President | CEO – ActivArmor, Inc.
📧 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Fri, Jan 23, 2026 at 11:13 AM ActivArmor <diana.hall@activarmor.com> wrote:

 Thank you, please let me know your availability on Jan 29 or Jan 30 to discuss next steps on licensing.

Sincerely,

**Diana Hall**

President | CEO – ActivArmor, Inc.
📷 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Thu, Jan 22, 2026 at 11:53 PM Stubitz, Steve <sstubitz@riversidecompany.com> wrote:

Hi Diana

Truly a pleasure to meet you in person. It was a great exchange of ideas and I came away with a real appreciation for the challenges your overcame as you built Activ Armor. I know our paths will cross again in the future and it will be a very profitable encounter for both of us. Please do keep in touch. I'll do the same.

Steve Stubitz
*Operating Partner*
..................................................................................................................

The Riverside Company

T:   +1 216 706 3483
M:  +1 847 910 3576

This e-mail, including any attachments, contains confidential information and is intended only for the individual named and is provided for information purposes only. The message should not be construed as a solicitation or offer to buy or sell any securities. If you are not the intended recipient or have received this communication in error, please delete this e-mail and notify the sender.

**From:** ActivArmor <diana.hall@activarmor.com>
**Sent:** Thursday, January 22, 2026 8:33 AM
**To:** Stubitz, Steve <sstubitz@riversidecompany.com>
**Cc:** Steven J Stubitz <sstubitz@dimensionortho.com>
**Subject:** Re: AI analysis

It was nice to meet you yesterday in person, Steve, thank you for lunch!

Have a safe trip back, and I look forward to hearing from you next week on next steps.

Sincerely,

Diana Hall
Founder/CEO
www.ActivArmor.com
719-821-0889 (cell)
800-583-6690 (business)
Diana.Hall@ActivArmor.com

On Wed, Jan 21, 2026 at 9:14 AM ActivArmor <diana.hall@activarmor.com> wrote:

Sounds good, see you soon

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
Diana.Hall@ActivArmor.com
www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Wed, Jan 21, 2026 at 9:07 AM Stubitz, Steve <sstubitz@riversidecompany.com> wrote:

I can be there by noon. I look forward to meeting you in person!

Steve Stubitz
*Operating Partner*
...........................................................................................

The Riverside Company

T:   +1 216 706 3483
M:  +1 847 910 3576

This e-mail, including any attachments, contains confidential information and is intended only for the individual named and is provided for information purposes only. The message should not be construed as a solicitation or offer to buy or sell any securities. If you are not the intended recipient or have received this communication in error, please delete this e-mail and notify the sender.

**From:** ActivArmor <diana.hall@activarmor.com>
**Sent:** Wednesday, January 21, 2026 7:11 AM
**To:** Stubitz, Steve <sstubitz@riversidecompany.com>
**Cc:** Steven J Stubitz <sstubitz@dimensionortho.com>
**Subject:** Re: AI analysis

Either is fine with me.

Diana Hall
Founder/CEO
www.ActivArmor.com
719-821-0889 (cell)
800-583-6690 (business)
Diana.Hall@ActivArmor.com

On Tue, Jan 20, 2026 at 10:48 PM Stubitz, Steve <sstubitz@riversidecompany.com> wrote:

Got it. Are we meeting at 11am or Noon?

Steve Stubitz
*Operating Partner*
...........................................................................................

The Riverside Company

T:   +1 216 706 3483
M:  +1 847 910 3576

This e-mail, including any attachments, contains confidential information and is intended only for the individual named and is provided for information purposes only. The message should not be construed as a solicitation or offer to buy or sell any securities. If you are not the intended recipient or have received this communication in error, please delete this e-mail and notify the sender.

**From:** ActivArmor <diana.hall@activarmor.com>
**Sent:** Tuesday, January 20, 2026 8:37:24 PM

**To:** Stubitz, Steve <sstubitz@riversidecompany.com>
**Cc:** Steven J Stubitz <sstubitz@dimensionortho.com>
**Subject:** Re: AI analysis

OK, as long as we are able to make concrete progress toward solidifying licensing terms, including the rollout plan.

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Tue, Jan 20, 2026 at 7:48 PM Stubitz, Steve <sstubitz@riversidecompany.com> wrote:

HI Diana

I won't need an NDA to cover any comments I make in our lunch conversation.

Steve Stubitz
*Operating Partner*

The Riverside Company

T:  +1 216 706 3483
M:  +1 847 910 3576

This e-mail, including any attachments, contains confidential information and is intended only for the individual named and is provided for information purposes only. The message should not be construed as a solicitation or offer to buy or sell any securities. If you are not the intended recipient or have received this communication in error, please delete this e-mail and notify the sender.

**From:** ActivArmor <diana.hall@activarmor.com>
**Sent:** Tuesday, January 20, 2026 6:21 PM
**To:** Stubitz, Steve <sstubitz@riversidecompany.com>; Steven J Stubitz <sstubitz@dimensionortho.com>
**Subject:** Re: AI analysis

Hi, do you have an NDA for me to sign before we meet tomorrow?

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
📧 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Fri, Jan 16, 2026 at 10:17 PM ActivArmor <diana.hall@activarmor.com> wrote:

Hi, Steve,

Thank you for the call today.

I'm looking forward to our in-person meeting next week to work out licensing terms so that DO would have freedom to operate and support in fulfilling its press release commitments to Rothman.

We are happy to execute a mutual NDA with DO before having strategic discussions with regard to the licensing proposal.  Please make sure you send your prefered NDA to me by Tuesday the 20th at the latest, in time to review before our meeting on Wednesday, so we can speak freely and make concrete progress then.  (I've attached our non-mutual NDA if you'd prefer we sign each other's lieu of a mutual NDA.)

Thank you, I look forward to our discussion,

**Diana Hall**

President | CEO – ActivArmor, Inc.
📧 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Tue, Jan 13, 2026 at 10:05 AM ActivArmor <diana.hall@activarmor.com> wrote:

Hi, Steve,

Just following up on a call to make some progress on a licensing agreement this week.  Let me know when works for you.

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
📧 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Fri, Jan 9, 2026 at 4:53 PM ActivArmor <diana.hall@activarmor.com> wrote:

Thanks for the call today, Steve.

To summarize, you confirmed that DO's products have been marketed and sold with product overlap in both design and customer scope (fiberglass cast replacement) with ActivArmor, and mentioned your current challenge in figuring out how flexible and adaptable to be with customizing the technology package, the ideal pricing and billing scenarios for margins, patient affordability and reduction of reimbursement risk.  I explained how ActivArmor's business case works at a high level, but that it may not also be the best solution for DO, and that our contracts with Rothman can (and should) be independent in execution of the proposed licensing arrangement.  You asked about target market entry customers and how to package the technology for adoption, what the barriers to entry have been for you, and we talked about how ActivArmor has addressed these challenges over 11 years.  I explained how we secure our IP package on multiple levels (patents, software, technology and procedures) and continue to innovate while offering a turnkey package, and how we've managed our clinic onboarding staff for both cost/efficiency and scalability.  We, at a high level, talked about exit strategy for med tech companies and who potential M&A partners might be and how.  Let me know if you have any changes/additions to this summary.

While today's discussion was helpful in forming a snapshot of organizational maturity and establishing a baseline for our potential collaborative licensing arrangement, material progress must immediately be made to solidify terms and ensure that DO has ceased infringing operations.

Please choose a date/time next week that works for you (listed below in EST), and ensure that any Rothman stakeholder approval necessary to negotiate details is secured in advance so that we may make progress toward definitive agreements in our call.

Monday 1/12 at noon or 2 pm

Tuesday 1/13 at 10 am, 1 pm or 3 pm

Wednesday 1/14 at noon or 2 pm

Thursday 1/15 at 1 pm or 2 pm

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
📷 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Thu, Jan 8, 2026 at 10:59 AM ActivArmor <diana.hall@activarmor.com> wrote:

Sounds good, I'll set it up.

Diana Hall
Founder/CEO
www.ActivArmor.com
719-821-0889 (cell)
800-583-6690 (business)
Diana.Hall@ActivArmor.com

On Thu, Jan 8, 2026 at 10:48 AM Stubitz, Steve <sstubitz@riversidecompany.com> wrote:

HI Diana

Happy New Year. I've finally come up for air. Can we talk at 2 pm ET on Fri?

Steve Stubitz
Operating Partner
·····································································································

The Riverside Company

T:   +1 216 706 3483
M: +1 847 910 3576

This e-mail, including any attachments, contains confidential information and is intended only for the individual named and is provided for infor
purposes only. The message should not be construed as a solicitation or offer to buy or sell any securities. If you are not the intended recipient or have r
this communication in error, please delete this e-mail and notify the sender.

**From:** ActivArmor <diana.hall@activarmor.com>
**Sent:** Thursday, January 8, 2026 8:48 AM
**To:** Stubitz, Steve <sstubitz@riversidecompany.com>

**Cc:** Steven J Stubitz <sstubitz@dimensionortho.com>
**Subject:** Re: AI analysis

Hi, Steve,

It's critical that we talk this week.

I can do tomorrow at 10, 11 or 2 p.m. EST.  Let me know which one works for you.

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
📷 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Mon, Jan 5, 2026 at 1:37 PM ActivArmor <diana.hall@activarmor.com> wrote:

Hi, Steve,

I hope you had nice holidays and got everything completed in Dallas.  When works for you to discuss next steps?

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
📷 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Wed, Dec 24, 2025 at 12:23 PM ActivArmor <diana.hall@activarmor.com> wrote:

Sure thing.  No rest in these career paths we've chosen!

Yes, let's connect then.

Merry Christmas!


**Diana Hall**

President | CEO – ActivArmor, Inc.
📷 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business



On Wed, Dec 24, 2025 at 11:53 AM Stubitz, Steve <sstubitz@riversidecompany.com> wrote:

Hi Diana


I was hoping to have a quiet Christmas break but not to be. I'm working on an M&A deal that was supposed to close before Christmas but it's not working out. Starting the day after Christmas I'll be locked in a conf room on Dallas trying to get this over the line before year end. Can we connect on your very interesting proposal the week of Jan 5?


Steve Stubitz
*Operating Partner*
......................................................................................................................

The Riverside Company

T:   +1 216 706 3483
M:  +1 847 910 3576

This e-mail, including any attachments, contains confidential information and is intended only for the individual named and is provided for purposes only. The message should not be construed as a solicitation or offer to buy or sell any securities. If you are not the intended recipient or ha this communication in error, please delete this e-mail and notify the sender.

**From:** ActivArmor <diana.hall@activarmor.com>
**Sent:** Friday, December 19, 2025 1:46 PM
**To:** Stubitz, Steve <sstubitz@riversidecompany.com>
**Cc:** Steven J Stubitz <sstubitz@dimensionortho.com>
**Subject:** Re: AI analysis

Here you go, Steve.  Available to discuss anytime over the holidays.

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
📷 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Wed, Dec 17, 2025 at 10:33 AM ActivArmor <diana.hall@activarmor.com> wrote:

Sounds good. I'll get you the licensing agreement proposal quickly so you'll have plenty of time to review before then, and we can discuss details. Let me know the timeframe you'll be here in January so I can schedule my clinical launches around it.

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
📷 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Wed, Dec 17, 2025 at 10:23 AM Stubitz, Steve <sstubitz@riversidecompany.com>
wrote:

HI Diana

It was great to connect with you. We're intrigued by the licensing agreement you propose and
look forward to learning more of the details. If it makes sense, I look forward to connecting in
mid-January if that works on your end. DO has an investor get together in FL at that time so I'll be
there anyways. More when we talk next.

Steve Stubitz
*Operating Partner*
........................................................................................................................................

The Riverside Company

T:   +1 216 706 3483
M:  +1 847 910 3576

This e-mail, including any attachments, contains confidential information and is intended only for the individual named and is provided f
purposes only. The message should not be construed as a solicitation or offer to buy or sell any securities. If you are not the intended recipient o
this communication in error, please delete this e-mail and notify the sender.

**From:** ActivArmor <diana.hall@activarmor.com>
**Sent:** Tuesday, December 16, 2025 6:39 PM
**To:** Stubitz, Steve <sstubitz@riversidecompany.com>
**Cc:** Steven J Stubitz <sstubitz@dimensionortho.com>
**Subject:** Re: AI analysis

Steve,

It was nice to speak with you yesterday.  To recap my recollection of our conversation
from my notes (feel free to correct any misinterpretations or omissions),

- Neither of us want to spend time or money on IP litigation if we can find a
  workable complimentary, instead of competitive, solution with the Rothman
  opportunity.
- We agreed that changing clinic flow and orthopedic provider mindset is a
  challenge, as well as the differences in DME billing versus casting procedure
  codes they're used to, as well as the cost to the patient versus clinician
  margins.  Speed of delivery is currently holding 3D printing back from becoming a
  standard of care.
- We agreed that Protect3D and ExoArmor, etc are not competition in mainstream
  orthopedics currently, as they're focused on sports protective gear and athletic

teams. Spentys has some global traction and a nice platform in the splinting space, and we both have history with their team.

- We discussed our company history, and how ActivArmor has been selling in civilian hospitals and orthopedic clinics since 2015, and just launched into the military last year as a result of the DHA contract award.

- We discussed company stakeholders and who has decision-making authority in each entity, and how they felt about the collaborative proposal on your end, and how ActivArmor is positioning itself for national scale and sale on my end.

- We discussed product design differences, like thickness, speed of delivery, lockability, and semi-circumferential designs for fracture care and why orthopedic providers are justifiably risk averse there for compliance, protection and ensuring non-displacement.

- You mentioned that the AI analysis might not have the experience that you have in your career, and I agreed, but expressed that I shared it because its output was an accurate high-level summary of what the last 11 years of experience and success in the space, what countless industry advisors and programs such as M2D2 have reiterated, and confirmed by millions of dollars in global sales to-date.

- When I asked how the Rothman roll-out was going (since we haven't seen any Rothman provider nor patient/user presence, posts, nor discussion on-line since it was announced 6 months ago), you said that you have a scalable point-of-care fabrication system that you're keeping under wraps due to competitors.

- You asked if we had any Colorado grants we had to pay back because we moved the company to Florida over 2 years ago, and I assured you we don't. You also asked if the government owned any portion of ActivArmor IP and I confirmed they do not, as our IP was paid for and secured long before the SBIR was awarded.

- You mentioned wanting to meet in person in Florida in January, and I agreed, as long as we are making measurable progress in the meantime and not kicking the can down the road for weeks. You expressed concerns on how the product split would be defined, and potential overlap, and I said the AI analysis broke it down pretty clearly as to our best successes in target use cases and subspecialties. So you suggested I draft up a licensing agreement proposal for discussion, and I agreed.

Let me know if I missed any salient points or if you have a different interpretation of anything so we make sure we're on the same page.


I threw together a brief, high-level licensing agreement proposal today based on our discussions so far, and sent it off to my advisory board for their input, so I should have it back soon and will forward it to you so we can make progress toward a quick resolution.

Thanks, stay warm.

Sincerely,

**Diana Hall**

President | CEO – ActivArmor, Inc.

🔲 Diana.Hall@ActivArmor.com

🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Thu, Dec 11, 2025 at 11:26 PM ActivArmor <diana.hall@activarmor.com> wrote:

Yes.

Diana Hall
Founder/CEO
www.ActivArmor.com
719-821-0889 (cell)
800-583-6690 (business)
Diana.Hall@ActivArmor.com

On Thu, Dec 11, 2025 at 7:12 PM Stubitz, Steve <sstubitz@riversidecompany.com> wrote:

Hi Diana

I was at an investor conference this week, so time has escaped me. Can we connect Monday afternoon? How about 4pm CT?

Steve Stubitz
*Operating Partner*
..........................................................................................................

The Riverside Company

T:   +1 216 706 3483
M:  +1 847 910 3576

This e-mail, including any attachments, contains confidential information and is intended only for the individual named and is provide
purposes only. The message should not be construed as a solicitation or offer to buy or sell any securities. If you are not the intended recipien
this communication in error, please delete this e-mail and notify the sender.

**From:** ActivArmor <diana.hall@activarmor.com>
**Sent:** Wednesday, December 10, 2025 9:01 AM
**To:** Stubitz, Steve <sstubitz@RiversideCompany.com>
**Cc:** Steven J Stubitz <sstubitz@dimensionortho.com>
**Subject:** Re: AI analysis

Hi, Steve,

Just following up.  Do you have time for a call soon?

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
Diana.Hall@ActivArmor.com
www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Fri, Dec 5, 2025 at 5:42 PM ActivArmor <diana.hall@activarmor.com> wrote:

Yes, sounds good.

I'll be at the SOMOS conference in Vail next week at the booth but available after 4:30 p.m. EST.

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
Diana.Hall@ActivArmor.com
www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Fri, Dec 5, 2025 at 7:21 PM Stubitz, Steve <sstubitz@riversidecompany.com> wrote:

Hi Diana

I have not forgot about you. I was able to connect with a couple of board members yesterday and today and they were intrigued by you proposition. I have 2 more to go. Can we catch up Mon afternoon or Tuesday afternoon. My biggest challenge is figuring out the areas where we are complementary and where we are duplicative. Talk soon.

Steve Stubitz
*Operating Partner*
........................................................................................................................

The Riverside Company

T:   +1 216 706 3483
M:  +1 847 910 3576

This e-mail, including any attachments, contains confidential information and is intended only for the individual named and is provi purposes only. The message should not be construed as a solicitation or offer to buy or sell any securities. If you are not the intended recip this communication in error, please delete this e-mail and notify the sender.

**From:** ActivArmor <diana.hall@activarmor.com>
**Sent:** Friday, December 5, 2025 3:16 PM
**To:** Stubitz, Steve <sstubitz@RiversideCompany.com>
**Cc:** Steven J Stubitz <sstubitz@dimensionortho.com>
**Subject:** Re: AI analysis

Hi, Steve,

Just following up.  Are you available to catch up today?

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.

🔵 Diana.Hall@ActivArmor.com

🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Mon, Dec 1, 2025 at 3:08 PM Stubitz, Steve <sstubitz@riversidecompany.com>
wrote:

> Hi Diana
>
> Thanks so much for taking the time to connect last Wed! Truly a pleasure to make your
> acquaintance I was swallowed up with an M&A deal which dragged on over the holidays
> and I am just coming up for air. Can we connect later this week to follow up on your
> proposal?
>
> Steve Stubitz
> *Operating Partner*
> ...........................................................................................
>
> The Riverside Company
>
> T:   +1 216 706 3483
> M:  +1 847 910 3576
>
> This e-mail, including any attachments, contains confidential information and is intended only for the individual named and is pro
> purposes only. The message should not be construed as a solicitation or offer to buy or sell any securities. If you are not the intended reci
> this communication in error, please delete this e-mail and notify the sender.
>
> ---
>
> **From:** ActivArmor <diana.hall@activarmor.com>
> **Sent:** Wednesday, November 26, 2025 11:32 AM
> **To:** Stubitz, Steve <sstubitz@RiversideCompany.com>
> **Subject:** Re: AI analysis
>
> Thank you for your call today.

As we discussed, to avoid IP litigation, ActivArmor would be open to licensing to DO **for free** in a collaborative, non-competitive way where both companies stay in their own lanes according to the attached, outlined use cases and target locations, in partnership in the Rothman opportunity, to deliver a product package that would:

   - Eliminate IP risk

   - Provide immediate scale and ease any roll-out timing issues for Dimension Ortho

   - Allow Dimension Ortho and Rothman to publicly meet PR commitments

   - Provide a greater likelihood of clinical success

I look forward to hearing from you next week.

Thanks,

**Diana Hall**

President | CEO – ActivArmor, Inc.
📧 Diana.Hall@ActivArmor.com
🌐 www.ActivArmor.com

+1-719-821-0889 Cell

+1-800-583-669 Business

On Wed, Nov 26, 2025 at 11:29 AM ActivArmor <diana.hall@activarmor.com> wrote:

> See attached
>
>
> Thanks,



## Diana Hall

Founder & CEO

ActivArmor, Inc.

Revolutionizing the Casting and splinting Market
Customized Medicine



Diana.Hall@ActivArmor.com



+1719 821 0889
Cell



+18
Work



Discover

Important: The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.