# EXHIBIT D





**Did You Know?**
A´ Design Award has a Design Store.

Login

THE AWARD | JURY | CATEGORIES | REGISTRATION | PRESS | WINNERS | PUBLICATIONS | ENTRY INSTRUCTIONS

### Osteoid Medical cast, attachable bone stimulator by Deniz Karasahin

Home > Winners > #34151



THE AWARD
CATEGORIES
REGISTRATION
SUBMIT YOUR WORK
ENTRY INSTRUCTIONS
TERMS & CONDITIONS
PUBLICATIONS
DATES & FEES
METHODOLOGY
CONTACT
WINNERS
PRESS ROOM
GET INVOLVED
DESIGN PRIZE
DESIGN STORE








## DESIGN DETAILS

DESIGN NAME:
Osteoid

PRIMARY FUNCTION:
Medical cast, attachable bone stimulator

INSPIRATION:
Cancellous (spongy) bone geometry.

UNIQUE PROPERTIES / PROJECT DESCRIPTION:
The goal of this project is to improve the overall healing experience for broken or fractured limbs by focusing on the patient's comfort and the amount of time needed for the body to heal itself. Comfort; creating a stable and protective environment. Conventional medical casts sacrifice ventilation for structural integrity. As a result they are itchy, they smell very bad and due to plaster's material properties they are bulky, heavy and they limit patient's exposure to water. Osteoid medical cast offers a new way of tackling these problems by introducing new technologies which enables us to make custom fitted, durable 3d printed medical casts that doesn't itch or smell. Plus due to material properties the end products are slimmer, lighter, doesn't affect from water and environmentally friendly. Time; Osteoid medical cast can also be combined with its complimentary, low intensity pulsed ultrasound (LIPUS) bone stimulator system. For single 20 minute daily sessions this system promises to reduce the healing process up to 38% and increase the heal rate up to 80% in non-union fractures. In order to function, the LIPUS ultrasound probes has to be placed on the injured area with direct skin contact, because of this requirement it was not possible to use this method with patients using standard medical casts. Now thanks to the ventilation holes on the Osteoid medical cast the LIPUS bone stimulator probes can be placed over the injured area.

OPERATION / FLOW / INTERACTION:
The LIPUS pulse generator has an on /off button at its side. At the center of this pulse generator there is a color switching led which guides the user about operational state and session time with different colors and blinking patterns.

PROJECT DURATION AND LOCATION:
This project is the outcome of a 4 month study in Izmir Turkey.

PRODUCTION / REALIZATION TECHNOLOGY:
There is a lot of technology involved in the design and production process. In order for the cast to perfectly fit to the patient's limb, the area is scanned via a 3d body scanner. Then this data is transferred to a modeling software, where the overall size and geometry is decided depending on the medical situation. Later on additional locking mechanism and algorithmically generated ventilation holes are added to the final C.A.D data along with LIPUS probe adapters. Later on these data are 3D printed with FDM from ABS which is widely used even in food containers. Keep in mind that there is a large variety of color options available. In order to keep the design language in tacked the LIPUS bone stimulator system is produced in the same way with a 3D printer.

SPECIFICATIONS / TECHNICAL PROPERTIES:
The size of the medical cast is case sensitive but the dimensions of this particular model is 130 X 108 X 315 mms. The size of the LIPUS bone stimulator system is 130 X 145 X 40 mms. Osteoid medical casts are made from two pieces which can be fixed together like a jigsaw puzzle. There is a central hole passes through the edges of these pieces where a flexible pin is inserted to tightly connect these pieces together. The LIPUS probes are attachable to the Osteoid medical cast. There is a thin layer of rubber fixed to the edges of the LIPUS adapters, this rubber layer helps these pieces to fit on the ventilation holes of the medical cast.

TAGS:
3D print medical cast,

RESEARCH ABSTRACT:
The LIPUS pulse generator and the nature of healing with LIPUS was the primary focus of our literature review we based our concept on the studies of, Heckman JD, Ryaby JP, McCabe J, Frey JJ, Kilcoyne RF. (1994) Acceleration of Tibial Fracture-Healing by Non-Invasive, Low-Intensity Pulsed Ultrasound. J Bone Joint Surg 79-A (1): 26-34 Siska PA, Gruen GS, Pape HC. External adjuncts to enhance fracture healing: What is the role of ultrasound? Injury. 2008;39:1095–5. Prior works: Jake Evill: Cortex, http://www.evilldesign.com/cortex Nicholas Solakian, Peter Nguyen, and Derek Buell: Splint, http://www.popsci.com/technology/article /2013-08/intricate-3-d-printed-exoskelet on-splints#comments Julian Grote: 3D printed Cast, http://www.juliangro

Case 1:99-mc-09999   Document 131-4   Filed 02/19/26   Page 4 of 7 PageID #: 18872

te.com/59817/2013031 /work/3d-printed-cast

FITS BEST INTO CATEGORY:
Medical Devices and Medical Equipment Design

CHALLENGE:
The most difficult part was to come up with a fully functioning locking mechanism which is strong enough to protect the limb, practical enough to put it on the fragile injured area and simple enough so that it doesn't disturb the general form of the medical cast.

ADDED DATE:
2014-03-23 12:48:41

TEAM MEMBERS (1) :
Deniz Karasahin

IMAGE CREDITS:
Deniz Karasahin, 2013.

CLIENT/STUDIO/BRAND DETAILS



NAME:
Dk Desıgn Studio

PROFILE:
Deniz Karasahin is an award-winning, versatile industrial designer who combines his technical knowledge with bold concepts, and refined forms without compromising from the essential functions. A self-starter with a proven ability to turn your ideas and his vision into reality.

AWARD DETAILS



**Osteoid Medical Cast, Attachable Bone Stimulator by Deniz Karasahin is Winner in 3D Printed Forms and Products Design Category, 2013 - 2014.**

· Read the interview with designer Deniz Karasahin for design Osteoid here.

· Press Members: Login or Register to request an exclusive interview with Deniz Karasahin.

· Click here to register inorder to view the profile and other works by Deniz Karasahin.

SOCIAL

+ Add to Likes / Favorites | Send to My Email | Comment | Testimonials | View Press-Release | Press Kit

**Did you like Deniz Karasahin's 3D Printing Design?**
**You will most likely enjoy other award winning 3d printing design as well.**
**Click here to view more Award Winning 3D Printing Design.**

Did you like Osteoid Medical Cast, Attachable Bone Stimulator? Help us create a global awareness for good 3d printing design worldwide. Show your support for Deniz Karasahin, the creator of great 3d printing design by gifting them a nomination ticket so that we could promote more of their great 3d printing design works.












Osteoid Medical cast, attachable bone stimulator
Case 1:99-mc-09999    Document 131-4    Filed 02/19/26    Page 6 of 7 PageID #: 18874
9/30/25, 11:33 AM










METHODOLOGY
  DESIGN AWARD JURY
  PRELIMINARY SCORE
  VOTING SYSTEM
  EVALUATION CRITERIA
  METHODOLOGY
  BENEFITS FOR WINNERS
  PRIVACY POLICY
  ELIGIBILITY
  FEEDBACK
  WINNERS' MANUAL
  PROOF OF CREATION
  WINNER KIT CONTENTS

ABOUT
  THE AWARD
  AWARD IN NUMBERS
  HOMEPAGE
  AWARD WINNING DESIGNS
  DESIGNER OF THE YEAR
  MUSEUM OF DESIGN
  PRIME CLUBS
  SITEMAP
  RESOURCE

RANKINGS
  DESIGNER RANKINGS



|  |  |  |
|---|---|---|
|  | FAIR JUDGING | WORLD DESIGN RANKINGS |
|  | AWARD YEARBOOK | DESIGN CLASSIFICATIONS |
|  | AWARD GALA NIGHT | POPULAR DESIGNERS |
|  | AWARD EXHIBITION | |
|  | MAKING AN ENTRY | CORPORATE |
|  | ENTRY INSTRUCTIONS | GET INVOLVED |
|  | REGISTRATION | SPONSOR AN AWARD |
|  | ALL CATEGORIES | BENEFITS FOR SPONSORS |
|  |  | IMPRESSUM IMPRINT |
|  | FEES & DATES | PRESS |
|  | FURTHER FEES POLICY | DOWNLOADS |
|  | MAKING A PAYMENT | PRESS-KITS |
|  | PAYMENT METHODS | PRESS PORTAL |
|  | DATES & FEES | LIST OF WINNERS |
|  |  | PUBLICATIONS |
|  | TRENDS & REPORTS | RANKINGS |
|  | DESIGN TRENDS | CALL FOR ENTRIES |
|  | DESIGNER REPORTS | RESULTS ANNOUNCEMENT |
|  | DESIGNER PROFILES | |
|  | DESIGN INTERVIEWS | CONTACT US |
|  |  | CONTACT US |
|  |  | GET SUPPORT |

BENEFITS
 THE DESIGN PRIZE
 WINNERS SERVICES
 PR CAMPAIGN
 PRESS RELEASE
 MEDIA CAMPAIGNS
 AWARD TROPHY
 AWARD CERTIFICATE
 AWARD WINNER LOGO
 PRIME DESIGN MARK
 BUY & SELL DESIGN
 DESIGN BUSINESS NETWORK
 AWARD SUPPLEMENT

Copyright 2008 - 2025 A' Design Award & Competition.™®
A' Design Award & Competition SRL, Como, Italy. All Rights Reserved.

