IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIMENSION ORTHO, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACTIVARMOR, INC.; DIANA HALL; and ACTIVARMOR LLC, <br><br> Defendants. | C.A. No. <br><br> **JURY TRIAL DEMANDED** |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Dimension Ortho, Inc. certifies as follows:

- Dimension Ortho, Inc. is a private, non-governmental Delaware corporation with no corporate parents, affiliates, and/or subsidiaries that have issued shares to the public, and no publicly-held corporation holds 10% or more of its stock.

Respectfully submitted,

Dated: February 19, 2026

/s/ *John D. Simmons*
Dennis J. Butler (#5981)
John D. Simmons (#5996)
PANITCH SCHWARZE BELISARIO & NADEL LLP
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, DE 19803
Tel: (302) 394-6001
Fax: (215) 965-1331
dbutler@panitchlaw.com
jsimmons@panitchlaw.com

*Attorneys for Plaintiff*
*Dimension Ortho, Inc.*