**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MAGNA 5 MS LLC,<br><br>                Plaintiff,<br><br>       v.<br><br>ADAM SPINNER,<br><br>                Defendant. | CIVIL ACTION<br><br>No._____ |

## PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Magna5 MS LLC ("Magna5") respectfully moves this Court for the issuance of an order temporarily restraining and preliminarily enjoining Defendant Adam Spinner ("Spinner") from directly or indirectly violating, or aiding, inducing, or participating in the violation of Spinner's common law duties and obligations not to engage in unfair competition or tortious interference and any terms of Spinner's contractual or legal obligations to Magna5, such as Spinner's non-competition, non-solicitation of customers, non-solicitation of employees, and confidentiality restrictive covenants set forth in the Asset Purchase Agreement dated April 20, 2021 (the "APA"), the Employment Agreement dated April 30, 2021 (the "Employment Agreement"), and the Independent Contractor Consulting Agreement (the "ICCA," collectively, the "Agreements"), including by competing with Magna5's Business, soliciting Magna5's customers, vendors, or other business relationships, soliciting or hiring Magna5's employees, disclosing or using Magna5's confidential information, or otherwise

-1-

-2-

interfering with Magna5's business relationship, including by disabling or interfering with Magna5's service to its customers.

Magna5 respectfully requests that the Court's temporary restraining order as set forth above shall remain in effect until the Court rules on Magna5's motion for a preliminary injunction.

As set forth more fully in Plaintiff's Complaint, Memorandum in Support of this Motion, and the Declaration of Robert Farina, Spinner breached his restrictive covenants in the Agreements by establishing competing entities Helpra and Cybrhaven, surreptitiously soliciting Magna5's customers and employees, misusing Magna5's confidential information, and concealing his conduct using Magna5's systems. Spinner also tortiously interfered with Magna5's business relationships and engaged in unfair competition by coordinating with current and former Magna5 employees to divert Magna5's customers to his competing entities. In the absence of the requested relief, Magna5 will suffer immediate and irreparable harm and the loss of even more customer relationships. The grounds for this motion are set forth in Magna5's Complaint and Memorandum in Support of this Motion, and accompanying Declaration, all submitted with this Motion.  A form of proposed order is also included with this Motion.

Dated: August 6, 2026

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Anna E. Currier*
Anna E. Currier (#6271)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
Anna.Currier@blankrome.com

-2-

-3-

Leigh Ann Buziak
(*pro hac vice* to be filed)
Christopher Cody Wilcoxson
(*pro hac vice* to be filed)
One Logan Square
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Leighann.Buziak@blankrome.com
Cody.Wilcoxson@blankrome.com

*Counsel for Plaintiff Magna5 MS LLC*