**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>DAVINA C. EPPLER, PRESIDENT OF AMANDA CHILDCARE & PRESCHOOL,<br><br>Respondent. | Case No. ________ |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its Internal Revenue Service ("IRS"), hereby petitions this Court for an order enforcing an IRS administrative summons served on the respondent, Davina C. Eppler, President of Amanda Childcare & Preschool ("Respondent"). In support, the United States avers as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce an Internal Revenue Service summons.

2. Michael Stanley is a Revenue Officer of the Internal Revenue Service ("Revenue Officer Stanley"), and is authorized to issue an Internal Revenue Service summons pursuant to 26 U.S.C. § 7602 and 26 C.F.R. § 301.7602-1.

3. The Respondent, Davina C. Eppler, President of Amanda Childcare & Preschool, resides within this judicial district at 219 Cloverlea Rd, Newark, DE 19711.

4. As set forth in their Declaration, which is attached to this petition as **Exhibit A**, Revenue Officer Stanley is conducting an investigation for the collection of federal

tax liability of Amanda Childcare & Preschool for Form 940 tax liabilities for the taxable year ending December 31, 2025, and Form 941 tax liabilities for the quarters ending: March 31, 2025, June 30, 2025, and September 30, 2025. Ex. A ¶ 2.

5. Respondent is in possession and control of documents and testimony relating to the above-described investigation.

6. In furtherance of this investigation, on April 16, 2026, Revenue Officer Stanley issued a summons directing Respondent to appear before him on May 14, 2026, at 8:00 a.m., at the office of the Internal Revenue Service, 4051 Ogletown-Stanton Rd. Suite 212, Newark, DE 19713, to testify and produce certain documents and records as more fully described in the summons. Ex. B. An attested copy of the summons was served by Revenue Officer Stanley to Respondent via personal service on April 16, 2026, and is attached as **Exhibit B**.

7. On May 15, 2026, Respondent failed to appear, and otherwise provided no response to the summons. Ex. A ¶ 6. On May 27, 2026, the IRS sent Respondent a last-chance letter directing her to appear before Revenue Officer Stanley at the office of the IRS on June 15, 2026, and to comply with the summons by providing the testimony, records and documents requested in the summons. Ex. C.

8. Respondent failed to appear in response to the summons on any of the dates provided by the IRS. Ex A ¶ 6. Respondent's refusal to comply with the summons continues to date. *Id.*

9. The summons is issued for a legitimate purpose—an investigation related to the collection of Amanda Childcare & Preschool's tax liability—and seeks information

relevant to that purpose. *Id.* ¶¶ 2–3.

10. The testimony, books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service. *Id.* ¶ 7.

11. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been followed. *Id.* ¶ 8.

12. It is necessary to Revenue Officer Stanley's ongoing investigation that the Respondent be required to testify and produce those documents and records demanded by the summons. *Id.* ¶ 9.

13. "Section 7602(a) of the Internal Revenue Code authorizes the IRS to issue summons '[f]or the purpose of ascertaining the correctness of any return, making a return where none has been made, determining liability of any person for any internal revenue tax . . . or collecting any such liability.'" *Gangi v. United States*, 453 Fed. App'x. 255, 256 (3d Cir. 2011) (brackets and ellipses in original) (citing 26 U.S.C. § 7602(a)). To establish a *prima facie* case for the enforcement of an IRS summons, the United States must show that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) all administrative steps required by the Internal Revenue Code have been followed. *United States v. Powell*, 379 U.S. 48, 57–58 (1964).

14. The Declaration of Revenue Officer Stanley establishes the United States' *prima facie* case for the enforcement of the summons. See Ex. A.

WHEREFORE, the United States respectfully prays that this Court:

1. Enter an Order directing Respondent to show cause, if any, why Respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.
2. Direct the Respondent to obey the aforementioned summons by ordering the attendance, testimony, and production of documents and records required and called for by the terms of the summons, before Revenue Officer Stanley, or his designee, or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be set by Revenue Officer Stanley, his designee, or any other proper officer or employee of the Internal Revenue Service.
3. Award the United States its costs in maintaining this proceeding; and
4. Grant such other and further relief as the Court deems just and proper.

Dated: September 1, 2026

Respectfully submitted,

BENJAMIN L. WALLACE
UNITED STATES ATTORNEY

BY: */s Alexander E. Schmidt*

Alexander E. Schmidt
Assistant United States Attorney
1313 N. Market Street
P.O. Box 2046
Wilmington, Delaware 19899-2046
Telephone 302-573-6110