**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>DAVINA C. EPPLER, PRESIDENT OF AMANDA CHILDCARE & PRESCHOOL,<br><br>Respondent. | Case No. ______________ |

**DECLARATION OF REVENUE OFFICER MICHAEL STANLEY**

REVENUE OFFICER MICHAEL STANLEY declares:

1. I am a duly commissioned revenue officer employed in the Small Business/Self- Employed Collection Division, Office of the Internal Revenue Service at 4051 Ogletown-Stanton Rd. Suite 212, Newark, DE 19713. Michael Stanley is not my real name. I use a pseudonym in my official capacity as an employee of the IRS. This pseudonym, used for privacy and safety reasons, has been registered with the IRS, in accordance with IRS procedures (Internal Revenue Manual 10.5.7, Use of Pseudonyms by IRS Employees), and all IRS procedures governing the use of pseudonyms.

2. In my capacity as a revenue officer, I am conducting an investigation for the collection of tax liability of Amanda Childcare & Preschool for Form 940

tax liabilities for the taxable year ending December 31, 2025 and Form 941 tax liabilities for the quarters ending: March 31, 2025, June 30, 2025, and September 30, 2025.

3. In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on April 16, 2026, an administrative summons, Internal Revenue Service Forms 6637, to Davina C. Eppler, President of Amanda Childcare & Preschool, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A.

4. In accordance with Section 7603 of Title 26, U.S.C., on April 16, 2026, I served attested copies of the Internal Revenue Service summons described in paragraph 3 on the defendant, Davina C. Eppler, by handing her a copy of the summons, as evidenced on the certificate of service on the reverse side of the summons.

5. In accordance with Section 7609(c)(2)(A) of Title 26, U.S.C., this summons is exempt from notice requirements because Davina C. Eppler is the president of Amanda Childcare & Preschool.

6. On May 14, 2026, the defendant Davina C. Eppler did not appear in response to summons. The defendant's refusal to comply with the summons continues to the date of this declaration.

7. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

8. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

9. As of the date that the Summons was issued and served, and as of the day I signed this Declaration, there was no Department of Justice referral, as defined by 26 U.S.C. §7602(d)(2), with respect to Amanda Childcare & Preschool. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to investigate the collection of the federal income tax liability for Amanda Childcare & Preschool for Form 940 tax liabilities for the taxable year ending December 31, 2025 and Form 941 tax liabilities for the quarters ending: March 31, 2025, June 30, 2025, and September 30, 2025.

10. I declare under penalty of perjury that the foregoing is true and correct.

08/04/2026
DATE

M Stanley
MICHAEL STANLEY
REVENUE OFFICER