# Summons
# Collection Information Statement

**In the matter of** AMANDA CHILDCARE & PRESCHOOL, 2101 LANCASTER AVE, WILMINGTON, DE 19805-3731

**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** *(Identify by number or name)* Small Business / Self Employed

**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** DAVINA C EPPLER, PRESIDENT
**At:** 219 CLOVERLEA RD, NEWARK, DE 19711

You are hereby summoned and required to appear before M STANLEY, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit, payroll, and profit and loss statements for the period:

From 04/01/2024 To 04/14/2026

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
4051 OGLETOWN-STANTON RD. STE 212, NEWARK, DE 19713 (302) 837-6603

**Place and time for appearance: At** 4051 OGLETOWN-STANTON RD. STE 212, , 19713

on the 14th day of May, 2026 at 8:00 o'clock a m.

**Issued under authority of the Internal Revenue Code this 15th day of April, 2026**

| Signature of issuing officer | Title |
|---|---|
| M STANLEY | REVENUE OFFICER |
| Signature of approving officer *(if applicable)* | Title |
| | Acting Group Manager |

# Certificate of Service of Summons

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date 04/16/26 | Time 09:48 |
|---|---|

**How Summons Was Served**

☒ 1. I handed an attested copy of the summons to the person to whom it was directed.

☐ 2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

| Signature [signature] | Title Revenue Officer |
|---|---|

**I certify that the copy of the summons served contained the required certification.**

| Signature [signature] | Title Revenue Officer |
|---|---|

# Attachment 1 to Summons Form 6637

In the matter of **AMANDA CHILDCARE & PRESCHOOL**

Period information: Form 940 for the calendar period ending December 31, 2025 and Form 941 for the quarterly periods ending March 31, 2025, June 30, 2025 and September 30, 2025