OFFICE OF
CHIEF COUNSEL

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
LITIGATION AND ADVISORY
600 ARCH STREET, SUITE 03-L14-01
PHILADELPHIA, PA 19106
(267) 941-6141
EFAX (855) 606-5388

May 27, 2026

CC:LA:2:PHI:4:CTMcAndrew

**Via Regular Mail**
Davina C. Eppler
219 Cloverlea Road
Newark, DE 19711

Contact: **RO Michael Stanley**
Phone: 302-837-6603

Date Summons Served: **04/16/2026**
Appearance date as specified in
Summons: **05/14/2026**

Dear Davina C. Eppler,

Revenue Officer Stanley has notified me that you did not appear or provide the documents or testimony required by the summons identified above, which was served on you at your last and usual place of abode, 219 Cloverlea Rd, DE 19711.

Legal proceedings may be brought against you in the United States District Court for not complying with the summons. To avoid such proceedings, you should appear and provide the documents requested in the summons and its attachment at the appointment that we have arranged for you with Revenue Officer Stanley, on the date and at the time and address shown below:

Date of your appointment: **Monday, June 15, 2026**
Appointment time: **8:00am**
Place: **4051 Ogletown-Stanton Road**
**Suite 212**
**Newark, DE 19713**

Please be sure you bring with you all records and documents specified in the summons and attachment. If you have any questions, please contact the person named above at the address or telephone number shown.

Sincerely,

Colleen T. McAndrew
COLLEEN T. MCANDREW
Paralegal Specialist
(Litigation and Advisory)

cc: RO M. Stanley, via email