**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>DAVINA C. EPPLER, PRESIDENT OF AMANDA CHILDCARE & PRESCHOOL,<br><br>Respondent. | Case No. ________ |

**ORDER TO SHOW CAUSE**

AND NOW, this ____ day of __________ , 2026, upon the Petition of the United States, and the exhibits attached thereto, including the Declaration of Revenue Officer Michael Stanley of the Internal Revenue Service, it is hereby:

ORDERED that Respondent Davina C. Eppler, President of Amanda Childcare & Preschool ("Respondent"), appear before the United States District Court for the District of Delaware, Courtroom _____, J. Caleb Boggs Federal Building and United States Courthouse, 844 North King Street, Wilmington, Delaware, on the ____ day of __________ , 2______, at ____:___ __m, and show cause why Respondent should not be compelled to obey the Internal Revenue summons issued and served on Respondent, on April 16, 2026; and

IT IS FURTHER ORDERED that a copy of this Order, together with the Petition and the exhibits attached thereto, be served upon the Respondent, Davina C. Eppler, President of Amanda Childcare & Preschool by an official of the Internal Revenue Service within thirty (30) days of the date of this order; and

IT IS FURTHER ORDERED that within fourteen (14) days of service on the Respondent of copies of this Order, the Petition, and exhibits, Respondent shall file and serve an answer, motion, or other responsive pleading, together with an affidavit in support thereof; and

IT IS FURTHER ORDERED that only those issues raised in the pleadings or motions and supported by affidavit(s) will be considered by the Court at the show cause hearing, and any uncontested allegations in the Petition will be deemed admitted for the purpose of this enforcement proceeding.

The Respondent is hereby notified that a failure to comply with this Order may subject Respondent to sanctions for contempt of Court.

________________________________

UNITED STATES DISTRICT JUDGE