**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY, E. R. SQUIBB & SONS, L.L.C., and ONO PHARMACEUTICAL CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>AMGEN INC.,<br><br>Defendant. | Case No.<br><br>JURY TRIAL DEMANDED |

**<u>MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL</u>**

Plaintiffs Bristol-Myers Squibb Company, E. R. Squibb & Sons, L.L.C., and Ono Pharmaceutical Co., Ltd. (collectively, "Plaintiffs"), by and through their undersigned attorneys, respectfully move this Court, pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Rule 5.1.3 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware for leave to file the complaint for patent infringement (the "Complaint") under seal. In support of this motion, Plaintiffs state as follows:

1. This is a patent infringement action brought by Plaintiffs against Amgen Inc. ("Defendant").

2. As part of the information exchange laid out in the Biologics Price Competition and Innovation Act (BPCIA), Defendant produced to Plaintiffs certain documents pursuant to 42 U.S.C. § 262(*l*)(2)(A). The unredacted Complaint is based on and contains information from Defendant's production that Defendant designated as confidential pursuant to 42 U.S.C. § 262(*l*)(1)(B). Under 42 U.S.C. § 262(*l*)(1)(F) "[n]o confidential information shall be included in any publicly-available complaint or other pleading."

3. Therefore, Plaintiffs request the Court's permission to file their Complaint under seal. The Third Circuit held the common law right of access to judicial proceedings and records is "not absolute" and that "courts may deny access to judicial records, for example, where they are sources of business information that might harm a litigant's competitive standing." *Littlejohn v. Bic Corp*., 851 F.2d 673, 677-78 (3d Cir. 1988) (citing *Nixon v. Warner Comm., Inc*., 435 U.S. 589, 598 (1978)).

4. "[T]he party seeking the . . . sealing of part of the judicial record bears the burden of showing that the material is the kind of information that courts will protect and that disclosure will work a clearly defined and serious injury to the party seeking closure." *SoftView LLC v. Apple Inc*., CIV. 10-389-LPS, 2012 WL 3061027 (D. Del. July 26, 2012) (quoting *In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001)). In the Third Circuit, "the focus of the inquiry is aimed at determining whether the party seeking to protect sealed judicial records has specifically demonstrated the need to keep the materials under seal." *Joint Stock Soc. v. UDV N. Am., Inc.*, 104 F. Supp. 2d 390, 396 (D. Del. 2000) (citing *Leucadia, Inc. v. Applied Extrusion Techs., Inc.*, 998 F.2d 157, 167 (3d Cir. 1993)). Based on Defendant's designation of its production as "Confidential" under the BPCIA, the Court should allow Plaintiffs to file the Complaint under seal.

**WHEREFORE**, Plaintiffs respectfully request leave of Court to file the Complaint under seal. Plaintiffs will then promptly provide Defendant with the Complaint to enable Defendant to review it for any information that it believes is non-public, confidential, proprietary, or commercially sensitive, so that Plaintiffs may file a redacted, public version of the Complaint. A proposed order is submitted herewith.

Dated: September 8, 2026

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs Bristol-Myers Squibb Company, E. R. Squibb & Sons, L.L.C., and Ono Pharmaceutical Co., Ltd.*

*Of Counsel:*

Steven D. Maslowski
Matthew A. Pearson
Jason Weil
Karina J. Moy
Chih Yang Lin
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1735 Market Street, 12th Floor
Philadelphia, PA 19103
Tel: (215) 965-1200
Fax: (215) 965-1210
smaslowsk@akingump.com
mpearson@akingump.com
jweil@akingump.com
kmoy@akingump.com
mlin@akingump.com

Rachel J. Elsby
Golda Lai
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4000
Fax: (202) 887-4288
relsby@akingump.com
laig@akingump.com

Svetlana Pavlovic
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park, 44th Floor
New York, NY 10036-6745
Tel.: (212) 872-1000
Fax: (212) 872-1002
spavlovic@akingump.com